IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN W. WINNINGHAM, JR.                                                                PLAINTIFF

v.                                              Case No. 4:20-cv-00312-KGB

SCOTT SEIDERS, *et al.*                                                                 DEFENDANTS

## ORDER

Plaintiff John W. Winningham, Jr. filed his complaint and paid the filing fee (Dkt. No. 2, 13). On February 22, 2022, the Court ordered Mr. Winningham to show cause for his failure to serve separate defendant Officer Scott Seiders within 21 days of the date of the Order (Dkt. No. 56, at 13). Mr. Winningham has not responded to the Order to show cause and the time for doing so has passed. Accordingly, Mr. Winningham's complaint against defendant Officer Scott Seiders is dismissed without prejudice for lack of service.

Also before the Court is Mr. Winningham's motion to oppose the defendants' motion to stay deadlines motion for judgment on the pleadings motion for conference regarding settlement in which Mr. Winningham opposes defendants' motion to stay deadlines and reiterates his claims against defendants District Judge Mark Pate and Prosecuting Attorney Rebecca McCoy (Dkt. No. 57). On February 22, 2022, the Court entered an Order granting Judge Pate and Prosecuting Attorney McCoy's motion to dismiss (Dkt. No. 56). Accordingly, the Court denies as moot Mr. Winningham's motion to oppose the defendants' motion to stay deadlines motion for judgment on the pleadings motion for conference regarding settlement (Dkt. No. 57).

It is so ordered this 22nd day of April, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge