# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHN W. WINNINGHAM, JR.**                                                                                                  **PLAINTIFF**

**v.**                                         **Case No. 4:20-cv-00312-KGB**

**SCOTT SEIDERS,** *et al.*                                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff John W. Winningham, Jr.'s complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied.

It is so ordered this 22nd day of April, 2022.

_____
Kristine G. Baker
United States District Judge